**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,  Case No: 17-40021-TC
　　　　　　　　　　　　　　　　　　　　　　　AUSA: Jared Maag
　　　　　　Plaintiff,　　　　　　　　　　　　 Defendant: Carl Folsom, III, AFPD

v.

CHRISTOPHER BUSH,
　　　　　　Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | December 20, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 3:00 pm |
| INTERPRETER: | _____ | PROBATION: | Joel Cromwell |

## PROCEEDINGS

☐ Initial Appearance　　☒ Initial Revocation Hearing – 7 min.　　☐ Bond Hearing
☐ Detention Hearing　　☐ Initial Rule 5(c)(3)　　☐ Bond Revocation Hearing
☐ Arraignment　　☐ Preliminary Hearing　　☐ Status Conference
☐ Discovery Conference　　☐ Pretrial Conference　　☐ In-Court Hearing

☐ Defendant sworn　　☒ Examined re: financial status　　☒ Counsel appointed

☒ Charges and penalties explained to defendant　　☐ Advised of Due Process Protections Act
☒ Constitutional Rights Explained　　☐ Felony　　☐ Misdemeanor
☐ Declines to Waive Indictment　　☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment　　☐ Information filed
☐ Advised of Rights Under Rule _____　　　　　　☐ Signed Consent to Transfer _____

☐ Waived Reading　　☐ Read to Defendant:　　☐ Indictment　　☐ Information　　☐ Complaint
☐ Number of Counts: ☐ Guilty　　☐ Not Guilty　　☐ Indictment Unsealed

☐ Bond Revoked　　☐ Bail Fixed at: $_____
☐ Release Order executed　　☐ Continued on present conditions　　☒ Remanded to Custody

☒ **Final Revocation: March 8, 2022 at 10:00 AM before Judge Crouse.**

OTHER:  Defendant appears in person and the court appoints Carl Folsom to represent the defendant. Government moves for detention. Defendant waives a preliminary hearing in open court. Defendant waives a detention hearing in open court. Defendant is remanded to the custody of the U.S. Marshal.