UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED IN OPEN COURT
DEC 20 2021
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                Plaintiff )
)
v. )   Case Number: 17-40021-TC
)
CHRISTOPHER BUSH, )
                Defendant. )

**WAIVER OF PRELIMINARY HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

I, Christopher Bush, charged in a petition pending with the District of Kansas for violations of supervised release and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Date: 12-20-21

_____
Defendant

_____
Counsel for the Defendant