IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA
         Plaintiff,

v.                                                       Case No.:  5:17CR40021-002

Christopher Allen Bush
         Defendant.

**ORDER TO DISMISS THE PETITION TO REVOKE**

NOW on this 28th day of January, 2022, the above entitled matter comes before the Court upon the request of the U.S. Probation Office to withdraw the Petition to Revoke Probation against Christopher Allen Bush, which was initiated on September 15, 2020, in relation to alleged violations of his probation.

The Court, having reviewed the request of the U.S. Probation Office, finds there is good cause to withdraw the petition and dismiss the revocation proceedings.

IT IS THEREFORE ORDERED that the Petition to Revoke Probation be withdrawn and the revocation proceedings against Christopher Allen Bush. be dismissed.

THE COURT FURTHER ORDERS that Christopher Allen Bush shall continue his term of probation under the terms and conditions previously imposed on September 25, 2017.

                                                     s/   Toby Crouse_____
                                                    Honorable Toby Crouse
                                                    U.S. District Judge